# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media LLC

                Plaintiff,

v.                                       Case No.: 1:13–cv–06371

                                              Honorable Ronald A. Guzman

John Doe, subscriber assigned IP address 207.181.231.53

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2013:

MINUTE entry before Honorable Ronald A. Guzman: Plaintiff not in court. Motion hearing held on 11/6/2013. Motion by Defendant John Doe, subscriber assigned IP address 207.181.231.53 for Leave to Proceed Anonymously and motion for extension of time of 14 days to object to subpoena to RCN [11] is granted. Status hearing reset to 11/26/2013 at 09:30 AM. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.